First American Title

WHEN RECORDED MAIL TO:
Tiffany & Bosco PA
2525 East Camelback Rd, 3rd Floor
Phoenix, AZ 85016

09-23687
4262101

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns and transfers to CitiMortgage Inc. all beneficial interest under that certain Deed of Trust dated March 26, 2008 executed by Jason T. Fremouw Trustor, Arizona Title Agency, Inc., An Arizona Corporation Trustee, Mortgage Electronic Registration Systems, Inc as nominee for Castle & Cooke Mortgage, LLC, as Beneficiary; and recorded on March 31, 2008 as Instrument No./Docket-Page No. 20080278047 of Official Records of Maricopa County, Arizona.

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust

Date : September 19, 2009   EFFECTIVE DATE: 9/17/09

Mortgage Electronic Registration Systems Inc., a Delaware Corporation
By : _____
Its:   Aaron Menne, Vice President

STATE OF Missouri  )
                                    )ss.
COUNTY OF ST CHARLES)

On this September 19, 2009, before me, the undersigned, a Notary Public for said State, personally appeared Aaron Menne, known to me to be the Vice President of the above corporation, and acknowledge execution of the above instrument on behalf of the corporation.

My Commission Expires:

ALEX D CROSSMAN
Notary Public - Notary Seal
State of Missouri
St. Charles County
Commission #08672776
My Commission Expires 11/04/2012

Notary Public

11/04/2012